Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 17−30614−KCF
                        Chapter: 13
                        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew M Furman
   22 Heather Drive
   Ewing, NJ 08638

Social Security No.:
   xxx−xx−9153

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/24/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 24, 2018
JAN: bwj

                                                        Jeanne Naughton
                                                        Clerk

```
                        United States Bankruptcy Court
                            District of New Jersey

In re:                                                          Case No. 17-30614-KCF
Matthew M Furman                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2         Date Rcvd: Aug 24, 2018
                              Form ID: 148               Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
db             +Matthew M Furman,    22 Heather Drive,    Ewing, NJ 08638-1511
517115677      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517115679       Citimortgage Inc,    Attn: Bankruptcy,    Po Box 6423,    Sioux Falls, SD 57117
517165154      +Credit Union of New Jersey,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Fall, NJ 07724-3001
517115686      +First Bank Puerto Rico,    Attn: Bankruptcy,    9795 S Dixie Hwy,    Pinecrest, FL 33156-2806
517115687      +First National Credit Card/Legacy,    First National Credit Card,    Po Box 5097,
                 Sioux Falls, SD 57117-5097
517115691      +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444
517206948      +Santander Bank, N.A.,    601 Penn Street,    MC 10-6438-FB7,    Reading, PA 19601-3563
517115698      +U.S. Department of Education/glelsi,    2401 International,    Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2018 23:26:48      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2018 23:26:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517115669       EDI: HNDA.COM Aug 25 2018 03:08:00      American Honda Finance,    Po Box 168088,
                 Irving, TX 75016
517218873       EDI: BECKLEE.COM Aug 25 2018 03:08:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517115670      +EDI: AMEREXPR.COM Aug 25 2018 03:08:00      Amex,   Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
517115673      +EDI: CAPITALONE.COM Aug 25 2018 03:08:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
517115674      +E-mail/Text: bankruptcy@cavps.com Aug 24 2018 23:27:05      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517239774      +E-mail/Text: bankruptcy@cavps.com Aug 24 2018 23:27:05      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517115675      +EDI: CHASE.COM Aug 25 2018 03:08:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
517115676      +EDI: CHASE.COM Aug 25 2018 03:08:00      Chase Card Services,    Attn: Correspondence,
                 Po Box 15278,    Wilmington, DE 19850-5278
517320941      +E-mail/Text: bncmail@w-legal.com Aug 24 2018 23:26:57      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517115680      +EDI: RCSFNBMARIN.COM Aug 25 2018 03:08:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
517115681      +E-mail/Text: bankruptcy@cunj.org Aug 24 2018 23:26:40      Credit Union Of N J,    Po Box 7921,
                 Ewing, NJ 08628-0921
517134641       EDI: DISCOVER.COM Aug 25 2018 03:08:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
517115683      +EDI: DISCOVER.COM Aug 25 2018 03:08:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517115685      +E-mail/Text: bankruptcy.bnc@ditech.com Aug 24 2018 23:26:27      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
517232255       E-mail/Text: bankruptcy.bnc@ditech.com Aug 24 2018 23:26:27
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517115688      +EDI: AMINFOFP.COM Aug 25 2018 03:08:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
517296731       EDI: RESURGENT.COM Aug 25 2018 03:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517115689      +EDI: MID8.COM Aug 25 2018 03:08:00      Midland Funding,    Attn: Bankruptcy,    Po Box 939069,
                 San Diego, CA 92193-9069
517251251      +EDI: MID8.COM Aug 25 2018 03:08:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517226370       EDI: PRA.COM Aug 25 2018 03:08:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517193789      +EDI: JEFFERSONCAP.COM Aug 25 2018 03:08:00      Premier Bankcard LLC,
                 Jefferson Capital Systems LLC Assignee,    PO Box 7999,    St Cloud MN 56302-7999
517115692      +EDI: RMSC.COM Aug 25 2018 03:08:00      Syncb/Toys 'R' Us,    Po Box 965064,
                 Orlando, FL 32896-5064
517117730      +EDI: RMSC.COM Aug 25 2018 03:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517115693      +EDI: RMSC.COM Aug 25 2018 03:08:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517115695      +EDI: RMSC.COM Aug 25 2018 03:08:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517115696      +EDI: RMSC.COM Aug 25 2018 03:08:00      Synchrony Bank/HH Gregg,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 24, 2018
                              Form ID: 148             Total Noticed: 40

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517320984       +E-mail/Text: bncmail@w-legal.com Aug 24 2018 23:26:57     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517115697       +EDI: WTRRNBANK.COM Aug 25 2018 03:08:00      Target,    C/O Financial & Retail Srvs,
                 Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
517221087       +EDI: AIS.COM Aug 25 2018 03:08:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 31

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517115672         Cap1/bstby
517115671*       +Amex,    Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
517115678*       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,   Po Box 790040,
                 Saint Louis, MO 63179-0040
517115682*       +Credit Union Of N J,    Po Box 7921,   Ewing, NJ 08628-0921
517115684*       +Discover Financial,    Po Box 3025,   New Albany, OH 43054-3025
517115690*       +Midland Funding,    Attn: Bankruptcy,   Po Box 939069,   San Diego, CA 92193-9069
517115694*       +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Matthew M Furman mail@njpalaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```