| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Albert Russo<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Matthew M Furman<br><br><div align="center">Debtor(s)</div> | Case No.: 17-30614 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

<div align="center">

**CERTIFICATION OF SERVICE**

</div>

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 8/18/2021, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.


Dated:  8/18/2021                                        /s/  Kierstyn Buchanan

                                                              Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Matthew M Furman<br>22 Heather Drive<br>Ewing, NJ   08638 | Debtor(s) | Regular Mail |
| CANDYCE I SMITH-SKLAR, ESQ<br>LAW OFFICES OF SKLAR<br>SMITH-SKLAR, LLC<br>1901 N OLDEN AVENUE<br>STE 22 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |