Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−30614−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew M Furman
   22 Heather Drive
   Ewing, NJ 08638

Social Security No.:
   xxx−xx−9153

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/29/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 29, 2022
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Matthew M Furman  
    Debtor

Case No. 17-30614-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Sep 29, 2022      Form ID: 148      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew M Furman, 22 Heather Drive, Ewing, NJ 08638-1511 |
| 517115685 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 517232255 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517115686 | + | First Bank Puerto Rico, Attn: Bankruptcy, 9795 S Dixie Hwy, Pinecrest, FL 33156-2806 |
| 517115691 | + | Santander Bank Na, 865 Brook St, Rocky Hill, CT 06067-3444 |
| 517206948 | + | Santander Bank, N.A., POB 847051, Boston, MA 02284-7051 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 29 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 29 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: bankruptcy@cunj.org | Sep 29 2022 20:45:00 | Credit Union of New Jersey, Risk Mitigation Department, PO Box 7921, Ewing, NJ 08628 |
| 517115669 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 29 2022 20:45:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517218873 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2022 20:55:11 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517115670 | + | Email/PDF: bncnotices@becket-lee.com | Sep 29 2022 20:55:12 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517165154 | | Email/Text: bankruptcy@cunj.org | Sep 29 2022 20:45:00 | Credit Union of New Jersey, Att: Risk Mitigation Dept, POB 7921, Ewing, NJ 08628-3010 |
| 517115673 | + | EDI: CAPITALONE.COM | Sep 30 2022 00:43:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517115674 | + | Email/Text: bankruptcy@cavps.com | Sep 29 2022 20:45:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 517239774 | + | Email/Text: bankruptcy@cavps.com | Sep 29 2022 20:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517115677 | + | EDI: CITICORP.COM | Sep 30 2022 00:43:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517115679 | | EDI: CITICORP.COM | Sep 30 2022 00:43:00 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 517320941 | + | EDI: WFNNB.COM | Sep 30 2022 00:43:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |

Case 17-30614-MBK    Doc 71    Filed 10/01/22    Entered 10/02/22 00:11:01    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2022 | Form ID: 148 | Total Noticed: 45 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 517115680 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 29 2022 20:55:13 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517115681 | + Email/Text: bankruptcy@cunj.org | Sep 29 2022 20:45:00 | Credit Union Of N J, Po Box 7921, Ewing, NJ 08628-0921 |
| 517134641 | EDI: DISCOVER.COM | Sep 30 2022 00:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517115683 | + EDI: DISCOVER.COM | Sep 30 2022 00:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517115687 | Email/Text: BNSFN@capitalsvcs.com | Sep 29 2022 20:45:00 | First National Credit Card/Legacy, First National Credit Card, Po Box 5097, Sioux Falls, SD 51117 |
| 517115688 | + EDI: AMINFOFP.COM | Sep 30 2022 00:43:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517115675 | EDI: JPMORGANCHASE | Sep 30 2022 00:43:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517115676 | EDI: JPMORGANCHASE | Sep 30 2022 00:43:00 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517296731 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2022 20:55:15 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518378362 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 29 2022 20:45:00 | LoanCare, LLC., P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 518378363 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 29 2022 20:45:00 | LoanCare, LLC., P.O. Box 8068, Virginia Beach VA 23450, LoanCare, LLC., P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 517115689 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 29 2022 20:45:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517251251 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 29 2022 20:45:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517226370 | EDI: PRA.COM | Sep 30 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517193789 | + EDI: JEFFERSONCAP.COM | Sep 30 2022 00:43:00 | Premier Bankcard LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St Cloud MN 56302-7999 |
| 518140567 | + Email/Text: bncmail@w-legal.com | Sep 29 2022 20:45:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140568 | + Email/Text: bncmail@w-legal.com | Sep 29 2022 20:45:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517115692 | + EDI: RMSC.COM | Sep 30 2022 00:43:00 | Syncb/Toys 'R' Us, Po Box 965064, Orlando, FL 32896-5064 |
| 517117730 | + EDI: RMSC.COM | Sep 30 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517115693 | + EDI: RMSC.COM | Sep 30 2022 00:43:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517115695 | + EDI: RMSC.COM | Sep 30 2022 00:43:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517115696 | + EDI: RMSC.COM | Sep 30 2022 00:43:00 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517320984 | + Email/Text: bncmail@w-legal.com | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2022 | Form ID: 148 | Total Noticed: 45 |

| | | | Sep 29 2022 20:45:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
|---|---|---|---|---|
| 517115697 | + | EDI: WTRRNBANK.COM | | |
| | | | Sep 30 2022 00:43:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517115698 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | | Sep 29 2022 20:45:00 | U.S. Department of Education/glelsi, 2401 International, Madison, WI 53704-3121 |
| 517221087 | + | EDI: AIS.COM | | |
| | | | Sep 30 2022 00:43:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517115672 | | Cap1/bstby |
| 517115671 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517115678 | *+ | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517115682 | *+ | Credit Union Of N J, Po Box 7921, Ewing, NJ 08628-0921 |
| 517115684 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517115690 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517115694 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Allison J. Kiffin | on behalf of Creditor Credit Union of New Jersey collections@peterliska.com |
| Brian C. Nicholas | on behalf of Creditor Loancare  LLC.. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Matthew M Furman njpalaw@gmail.com  r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Sep 29, 2022 | Form ID: 148 | Total Noticed: 45

Denise E. Carlon
    on behalf of Creditor Loancare  LLC.. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald
    on behalf of Creditor Loancare  LLC.. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9